OPINION — AG — ** COUNTY COMMISSIONERS — DUTY TO FURNISH OFFICE SPACE TO COUNTY HEALTH DEPARTMENT ** (BOARD OF CONTROL) A BOARD OF COUNTY COMMISSIONERS IS NOT REQUIRED TO FURNISH OFFICES OR FEES FOR OFFICE SPACE TO A COUNTY HEALTH DEPARTMENT. (RENT OF OFFICE, FREE SPACE) CITE: OPINION NO. 73-231, 19 O.S. 1971 401 [19-401], 19 O.S. 1971 403 [19-403] 56 O.S. 1971 189 [56-189](A), OPINION NO. MARCH 24, 1955 — WHYTE (JAMES R. BARNETT)